**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Ammon Analytical Laboratories, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **22-3620531** |

4. **Debtor's address**

**Principal place of business**

**35 East Blancke Street**
**Linden, NJ 07036**
Number, Street, City, State & ZIP Code

**Union**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)    **https://www.ammonlabs.com/**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Ammon Analytical Laboratories, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 04/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D) and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

Debtor    **Ammon Analytical Laboratories, LLC**                                    Case number (*if known*) _____
          Name

| List all cases. If more than 1, attach a separate list | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | _____ When _____ | Case number, if known | _____ |

---

**11.** **Why is the case filed in** ***this district?***    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
            Contact name _____
            Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | Ammon Analytical Laboratories, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 7, 2022**
             MM / DD / YYYY

**X** **/s/ Stephen Haupt**        **Stephen Haupt**
Signature of authorized representative of debtor      Printed name

Title   **Managing Member and CEO**

**18. Signature of attorney**

**X** **/s/ Erin J. Kennedy**       Date   **June 7, 2022**
Signature of attorney for debtor            MM / DD / YYYY

**Erin J. Kennedy**
Printed name

**Forman Holt**
Firm name

**365 Passaic Street, Suite 400**
**Rochelle Park, NJ 07662**
Number, Street, City, State & ZIP Code

Contact phone   **(201) 845-1000**      Email address

**NJ-21067 NJ**
Bar number and State

## RESOLUTION OF SPECIAL MEETING OF
## AMMON ANALYTICAL LABORATORIES, LLC

I, Stephen Haupt, hereby certify that at a special meeting of the Members of Ammon Analytical Laboratories, LLC, a New Jersey limited liability company held on the 7th day of June, 2022, the following resolutions were proposed and unanimously adopted by all Members:

> Resolved that Ammon Analytical Laboratories, LLC. is hereby authorized to file a petition for relief under Chapter 11 of the United States Bankruptcy Code and to retain the law firm of Formanlaw LLC d/b/a Forman Holt for the purpose of preparing, filing, and prosecuting a petition under Chapter 11 and to take all steps necessary and related thereto, and that Stephen Haupt as Managing Member is authorized to execute the petition and any other pleadings or documents that he and counsel deem necessary in connection with the Chapter 11 case of Ammon Analytical Laboratories, LLC.

I further certify under penalty of perjury that the above statements made by me are true. I am aware that if any of those statements are willfully false, I am subject to punishment.

Ammon Analytical Laboratories, LLC

By: _____
Stephen Haupt, Managing Member

F0170945 - 1

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Ammon Analytical Laboratories, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | Taxes | | | | $839,871.84 |
| Henry Schein PO Box 371952 Pittsburgh, PA 15250-7952 | | Accounts Payable | | | | $437,109.61 |
| DeCotiis FitzPatrick & Cole LLP 61 South Paramus Road Ste 250 Paramus, NJ 07652 | | Legal Services | | | | $392,322.29 |
| Hologic Inc. 24506 Network Place Chicago, IL 60673 | | Accounts Payable | | | | $352,880.86 |
| Immunalysis Corporation PO Box 102317 Pasadena, CA 91189 | | Accounts Payable | | | | $296,506.15 |
| American Express Business PO Box 1270 Newark, NJ 07101-1270 | | Credit Card | | | | $214,760.53 |
| Bioreference Laboratories Inc. 41 Edward H Ross Drive Elmwood Park, NJ 07407 | | Accounts Payable | | | | $188,100.00 |
| LabCorp PO Box 12140 Burlington, NC 27216-2140 | | Accounts Payable | | | | $156,487.82 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Ammon Analytical Laboratories, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Cigna via NuAxess PO Box 85419 Chicago, IL 60689-5149** | | **Accounts Payable** | | | | $143,636.17 |
| **Travelers Insurance PO Box 660317 Dallas, TX 75266** | | **Accounts Payable** | | | | $142,384.80 |
| **Microgenics Inc. 46500 Kato Road Fremont, CA 94538** | | **Accounts Payable** | | | | $131,973.27 |
| **AB Sciex LLC 62510 Collections Center Chicago, IL 60693-0625** | | **Accounts Payable** | | | | $121,499.62 |
| **McDonald Hopkins LLC 600 Superior Avenue E Suite 2100 Cleveland, OH 44114** | | **Accounts Payable** | | | | $110,181.93 |
| **Telcor Inc. PO Box 82653 Lincoln, NE 68501** | | **Accounts Payable** | | | | $93,754.50 |
| **Cerilliant 811 Paloma Drive, Suite A Round Rock, TX 78665** | | **Accounts Payable** | | | | $79,501.64 |
| **NJ Medicaid Division of Revenue 200 Woolverton Street, Building 20 Trenton, NJ 08646** | | **Recoupment/Over payment** | | | | $77,077.02 |
| **De Lage Landen PO Box 41602 Philadelphia, PA 19101-1602** | | **Accounts Payable** | | | | $73,453.76 |
| **Leslie A. Balonick 2432 S 5th Avenue North Riverside, KL 69546** | | **Accounts Payable** | | | | $70,000.00 |
| **Ellkay LLC 200 Riverfront Blvd. 3rd Floor Elmwood Park, NJ 07407** | | **Accounts Payable** | | | | $69,200.00 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Ammon Analytical Laboratories, LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **MedArbor LLC 200 Rittenhouse Circle East Building Suite 4 Bristol, PA 19007** | | **Accounts Payable** | | | | **$68,880.00** |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 3

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Jersey

In re **Ammon Analytical Laboratories, LLC** _____  Case No. _____

Debtor(s)                                      Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept a retainer in the amount of | $ | 14,930.00 |
    | Prior to the filing of this statement I have received the retainer in the amount of | $ | 14,930.00 |
    | Balance Due for legal services | $ | TBD |

2.  $ **1,738.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☑ Debtor      ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ☑ Debtor      ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  [Other provisions as needed]
        **(a) Advising the Debtor with respect to its powers and duties in the continued management and operation of its
        business as debtor-in-possession, including the rights and remedies of the Debtor with respect to its assets and
        claims and with respect to the claims of creditors.
        (b) Advising the Debtor with respect to preparing and obtaining approval of its Disclosure Statement and Plan.
        (c) Preparing on behalf of the Debtor, as debtor-in-possession, necessary applications, motions, complaints,
        answers, orders, reports and other pleadings and documents.
        (d) Appearing before this Court and other officials and tribunals, if necessary, and protecting the interests of the
        Debtor in federal, state and foreign jurisdictions and administrative proceedings.
        (e) Negotiating and preparing documents relating to the liquidation and disposition of assets, as requested by the
        Debtor.
        (f) Advising the Debtor concerning the day-to-day operations of its business in conjunction with the
        administration of his estate as debtor-in-possession.
        (g) Performing such other legal services for the Debtor, as debtor-in-possession, as may be necessary and
        appropriate herein.
        (h) Provide general guidance in connection with the proceeding.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **(a) Representation of your interests if the case is converted to a Chapter 7 case.**

In re    **Ammon Analytical Laboratories, LLC**                                      Case No. _____
                                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **June  7, 2022** | **/s/ Erin J. Kennedy** |
| *Date* | **Erin J. Kennedy** |
| | *Signature of Attorney* |
| | **Forman Holt** |
| | **365 Passaic Street, Suite 400** |
| | **Rochelle Park, NJ 07662** |
| | **(201) 845-1000** |
| | **mholt@formanlaw.com** |
| | *Name of law firm* |

**United States Bankruptcy Court**
**District of New Jersey**

In re    **Ammon Analytical Laboratories, LLC**                      Case No. _____
                                      Debtor(s)         Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member and CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **June 7, 2022**                      **/s/ Stephen Haupt**
                                              **Stephen Haupt**/**Managing Member and CEO**
                                              Signer/Title

AB Sciex LLC
62510 Collections Center
Chicago, IL 60693-0625


ADT Security Services
PO BOX 371878
Pittsburgh, PA 15250-7878


Advanced County Locksmiths
412 Chestnut Street
Union, NJ 07083


Aergo Solutions LLC
33 Wood Ave South, Suite 840
Iselin, NJ 08830


Air Science USA
120 6th Street
Fort Myers, FL 33907


Airgas USA LLC
PO Box 734445
Chicago, IL 60673-4445


All Medical Personnel Inc.
4000 Hollywood Blvd.
Suite# 600-N
Hollywood, FL 33021


Alliance Transfer
140 58th Street
Brooklyn, NY 11220


Amazon Business Account
SYNCB/Amazon
PO Box 530958
Atlanta, GA 30353-0958


American Express Business
PO Box 1270
Newark, NJ 07101-1270


American Express Corporate
PO Box 650448
Dallas, TX 75265-0448

Andrew Haupt
3 Split Rock Court
Melville, NY 11747


Arid Solutions Inc.
1 Station Road
Lincoln Park, NJ 07035


ARK Diagnostics Inc.
48089 Fremont Blvd.
Fremont, CA 94538


Athenahealth Inc.
PO Box 415615
Boston, MA 02241-5615


Atlas Electric Service
442 Westfield Avenue
Elizabeth, NJ 07208


Attorney General
United States Department of Justice
Ben Franklin Station
PO Box 683
Washington, DC 20044


B&H Securities Inc.
10 Progress Street
Union, NJ 07083


Beckman Coulter Inc.
Dept. CH 10164
PALATINE, IL 60055-0164


Benefit Resource LLC
245 Kenneth Drive
Rochester, NY 14623-4277


Bioreference Laboratories Inc.
41 Edward H Ross Drive
Elmwood Park, NJ 07407


Blackbaud
65 Fairchild St.
Charleston, SC 29492

BreatheEZ Cleaning Services Inc.
15 Frongillo Farm Rd.
Worcester, MA 01604

Brouse McDowell
PO Box 75579
Cleveland, OH 44101-4755

Campbell Science
13947 S. Bluff Road
Rockton, IL 61072

CAP
PO Box 71698
Chicago, IL 60694-1698

Carmine Cappuccio
5405 Mecklenburg Rd.
Greensboro, NC 27407

Caroll A Couture
59 Emery St.
Lowell, MA 01851

Casella Waste Systems
PO Box 1372
Williston, VT 05495-1372

Cayman Chemical Company Inc.
16875 Collections Center Drive
Chicago, IL 60693

Cerilliant
811 Paloma Drive, Suite A
Round Rock, TX 78665

Certified Cleaning Solutions
12 Southland Drive
Hillsborough, NJ 08844

Chadler Solutions Inc.
100 Passaic Avenue, Suite 120
Fairfield, NJ 07004

Change Healthcare
PO Box 572490
Murray, UT 84157-2490


Chase Bank
PO Box 9001022
Louisville, KY 40290


Chase Business
Cardmember Services
PO Box 1423
Charlotte, NC 28201


ChoiceHealth Finance
1310 Madrid Street
Suite 101
Marshall, MN 56258-4002


Cigna via NuAxess
PO Box 85419
Chicago, IL 60689-5149


Cintas Corporation
PO Box 630803
Cincinnati, OH 45263-0803


CIT
21146 Network Place
Chicago, IL 60673-1211


Clini-Path Lab Consulting Inc.
63-28 Saunders Street
Rego Park, NY 11374


Comcast
PO Box 70219
Philadelphia, PA 19176


Comcast
PO Box 530098
Atlanta, GA 30353-0098


Comtron Inc.
11 Grace Avenue, Suite 208
Great Neck, NY 11021-2410

Concentra Occupational Health
Centers of NJ
PO Box 8750
Elkridge, MD 21075-8750


CSC
PO Box 13397
Philadelphia, PA 19101-3397


CSG
One Boland Drive
West Orange, NJ 07052


Cyntox LLC
PO Box 930
Jackson, NJ 08527


Cyr Electric Inc.
19 Mill Street
Auburn, MA 01501


De Lage Landen
PO Box 41602
Philadelphia, PA 19101-1602


DeCotiis FitzPatrick & Cole LLP
61 South Paramus Road
Ste 250
Paramus, NJ 07652


Dell Business Credit
Payment Processing Center
PO Box 5275
Carol Stream, IL 60197-5275


Delta Mechanical HVAC LLC
PO Box 513
Oxford, MA 01540-0513


Dr. Jonathan Wang Do LLC
15 Morgan Way
Scotch Plains, NJ 07076

Drugscan Inc.
PO Box 536613
Pittsburgh, PA 15253-5908


Eastern DataComm Inc.
44 Commerce Way
Hackensack, NJ 07601


Elite Pharmacy Inc.
222 N. Wood Avenue
Linden, NJ 07036


Ellkay LLC
200 Riverfront Blvd.
3rd Floor
Elmwood Park, NJ 07407


Emerald
285 Pierce Street
Somerset, NJ 08873


Empower Retirement Services
8515 E Orchard Rd.
Greenwood Village, CO 80111


ETR Labortories
60 Elm Hill Ave.
Leominster, MA 01453-4864


Eventus Advisory Group LLC
14201 N. Hayden Road
Ste A-1
Scottsdale, AZ 85260


Excel Printpack LLC
648 Cross Street, Unit 54
Lakewood, NJ 08701


FedEx
PO Box 223125
Pittsburgh, PA 15251-2125


FedEx
PO Box 371461
Pittsburgh, PA 15250-7461

Fisher Scientific
PO Box 3648
Boston, MA 02241-3648


FrontRunner Inc.
36 Cordage Park Circle
Plymouth, MA 02360


G&B Janitorial Supply Inc.
9 W Chimney Rock Rd.
PO Box 150
Bound Brook, NJ 08805


Galluzzo Brothers Carting
82-102 E. Peddie St.
Newark, NJ 07114


Garden State Laboratories Inc.
410 Hillside Avenue
Hillside, NJ 07205


Georgia Natural Gas
PO Box 71245
Charlotte, NC 28272-1245


Global Equipment Company
29833 Network Place
Chicago, IL 60673-1298


Globe Scientific Inc.
400 Corporate Dr.
Mahwah, NJ 07430


GM Financial
PO Box 183593
Arlington, TX 76096


Great Western
100 Enterprise Drive
Suite 504
Rockaway, NJ 07866


Great-West Trust Company LLC
PO Box 561148
Denver, CO 80256-1148

Guardian
PO Box 824404
Philadelphia, PA 19182-4404


Halfpenny Technology
960 Harvest Drive
Bldg B, Suite 200
Blue Bell, PA 19422


Henry Schein
PO Box 371952
Pittsburgh, PA 15250-7952


Hoagland Longo Moran Dunst & Doukas LLP
40 Paterson Street
PO Box 480
New Brunswick, NJ 08901


Hologic Inc.
24506 Network Place
Chicago, IL 60673


Hydro Water System
PO Box 12197
Research Triangle Park, NC 27709


IABH
Attn: Pel Thomas
937 S. Second Street
Springfield, IL 62704


ICANotes LLC
1600 Saint Margarets Road
Annapolis, MD 21409


IMCS Inc.
110 Centrum Drive
Irmo, SC 29063


Immunalysis Corporation
PO Box 102317
Pasadena, CA 91189

Imspro
PO Box 11284
Conway, AR 72034


Innovative Lab Solution
68 34th Street
Mailbox 35
Brooklyn, NY 11232


Instant Technologies Inc.
dba Alere Toxicology
PO Box 734598
Chicago, IL 60673-4598


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


J & H Berge Inc.
4111 South Clinton Avenue
South Plainfield, NJ 07080


J&J Distributors LLC
198 Glen Avenue
South Lakewood, NJ 08701


Jackson Lewis P.C.
PO Box 416019
Boston, MA 02241


Jiffy Lube
MyFleetCenter.com
PO Box 620130
Middleton, WI 53562


Joseph S. Gerbino CPA
350 Grove Street, Suite 205
Bridgewater, NJ 08807


JP Morgan Chase MRLP
485 US Highway 1 South
Suite 300
Iselin, NJ 08830

K.A. Recruiting Inc.
10 Post Office Square
8th Floor South
Boston, MA 02109-4629


Katherine M. D'Abbraccio
314 River St.
Billerica, MA 01821


Kipu Systems LLC
55 Alhambra Plaza
6th Floor
Coral Gables, FL 33134


L.S. Mechanical Corporation
51 Lafayette Street
Carteret, NJ 07008


LabCorp
PO Box 12140
Burlington, NC 27216-2140


Landmark American Insurance Co.
RSUI First Insurance Funding
450 Skokie Blvd., Suite 1000
Northbrook, IL 60062-7917


Leslie A. Balonick
2432 S 5th Avenue
North Riverside, KL 69546


Lifepoint Informatics
65 Harristown Rd.
Suite 305
Glen Rock, NJ 07452


Linden Fire Department
Fire Prevention Bureau
302 South Wood Avenue
Linden, NJ 07036


Louis E Baxter Sr  MD DFASAM LLC
2 Manchester Court
Mansfield, NJ 08022

M&J Cruz Auto Repair Center LLC
1025 Elizabeth Avenue
Elizabeth, NJ 07201


Maffey's Security
1172 East Grand Street
Elizabeth, NJ 07201


Mariel S. Hufnagel
156 Broad Street
Eatontown, NJ 07724


McDonald Hopkins LLC
600 Superior Avenue E
Suite 2100
Cleveland, OH 44114


McKesson Medical
PO Box 634404
Cincinnati, OH 45263-4404


McMoran O'Connor & Bramley P.C.
2399 Highway 34
Suite D-1
Manasquan, NJ 08736


MedArbor LLC
200 Rittenhouse Circle
East Building Suite 4
Bristol, PA 19007


MediaLab Inc.
1745 North Brown Road
Suite#300
Lawrenceville, GA 30043


Mercedes Medical
PO Box 850001
Orlando, FL 32885-0123


Microgenics Inc.
46500 Kato Road
Fremont, CA 94538

Midcap Advisors LLC
675 Third Avenue
28th Floor
New York, NY 10017


My Alarm Center
3803 W Chester Pike
Suite #100A
Newtown Square, PA 19073-2334


Nathan L Headley
5505 Mecklenburg Rd.
Greensboro, NC 27407


National Grid Gas
PO Box 11737
Newark, NJ 07101


Netalytics
PO Box 969
Greer, SC 29652


New Jersey American Water
PO Box 371331
Pittsburgh, PA 15250-7331


New Jersey Attorney General Office
Division of Law
Richard J. Hughes Justice Complex
25 Market Street, PO Box 112
Trenton, NJ 08625-0112


Nixon
500 Centerpoint Blvd.
New Castle, DE 19720


NJ Dept of Treasury
Division of Revenue
PO Box 417
Trenton, NJ 08646-0417


NJ Medicaid
Division of Revenue
200 Woolverton Street, Building 20
Trenton, NJ 08646

NJAMHAA
Attn: Shauna Moses VP
3635 Quakerbridge Road, Suite 35
Mercerville, NJ 08619


Northwood Ave LLC
Stephen Haupt
5 Shore Drive
Huntington, NY 11743


NY State Dept. of Health
c/o Lutz Selig & Zeronda LLP
33 Century Hill Drive
Latham, NY 12110


O'Berk Accounting Dept
PO Box 1690
Union, NJ 07083


Open Text Inc.
24685 Network Place
Chicago, IL 60673-1246


Orchard Software Corporation
701 Congressional Blvd.
Suite 360
Carmel, IN 46032


Pandemic Relief Supply
1918 Gates Avenue #B
Redondo Beach, CA 90278


Peckar & Abramson P.C.
70 Grand Avenue
River Edge, NJ 07661


Perkin Elmer Health Sciences Inc.
13633 Collections Center Drive
Chicago, IL 60693-0136


Pest B Dead
PO Box 65
Charlton City, MA 01508

Phenomenex
PO Box 749397
Los Angeles, CA 90074


Physicians Group Management
1050 Wall Street West
Lyndhurst, NJ 07071


Pitney Bowes
PO Box 371887
Pittsburgh, PA 15250-7896


Practice Fusion Inc.
24630 Network Place
Chicago, IL 60673-1246


Priority Fire & Security Inc.
PO Box 533
Marlborough, MA 01752-0533


Professional Search Network LLP
PO Box 5693
Parsippany, NJ 07054


Prohealth Capital
PO Box 41602
Philadelphia, PA 19101-1602


Provident Tejinder Gill
PO Box 1001
Iselin, NJ 08830


Q&S Electric Inc.
279 Hamburg Turnpike
Riverdale, NJ 07457


Rescue REO.com LLC
195 Lake Avenue
Worcester, MA 01604


Research Triangle Institute
PO Box 900002
Raleigh, NC 27675-9000

Restek Corporation
PO Box 4276
Lancaster, PA 17604


Richard Lucas Chevrolet
1077 US-1
Avenel, NJ 07001


Schindler Elevator Corporation
PO Box 93050
Chicago, IL 60673-3050


SensoScientific
685 Cochran Street
Suite 200
Simi Valley, CA 93065


SEPS Inc.
109 Urban Avenue
Westbury, NY 11590


SHI International
290 Davidson Avenue
Somerset, NJ 08873


Shred-It USA LLC
28883 Network Place
Chicago, IL 60673-1288


Siemens Healthcare Diagnostics
PO Box 121102
Dallas, TX 75312-1102


Sigma-Aldrich Inc.
PO Box 535182
Atlanta, GA 30353-5182


Smart Management Inc.
PO Box 969
Greer, SC 29652


Sobel & Co. LLC
293 Eisenhower Parkway
Livingston, NJ 07039-1711

Spectrum Business
Charter Communications
PO Box 7173
Pasadena, CA 91109-7173


Staples Advantage
PO Box 660409
Dallas, TX 75266-0409


State of New Jersey, Div. of Taxation
Compliance and Enforcement - Bankruptcy
3 John Fitch Way, 5th Floor
PO Box 245
Trenton, NJ 08695-0245


Stephen Haupt
5 Shore Drive
Huntington, NY 11743


Streamline Verify
100 Boulevard of the Americas
Lakewood, NJ 08701


Tecan US Inc.
PO Box 6027400
Charlotte, NC 28260-2740


Telcor Inc.
PO Box 82653
Lincoln, NE 68501


TGI
Office Automation Inc.
120 3rd Street
Brooklyn, NY 11231


The Strahan Consulting Group
1290 Martine Avenue
Scotch Plains, NJ 07076


Thomson Instrument Company
1121 South Cleveland Street
Oceanside, CA 92054

Town of Webster
PO Box 763
Reading, MA 01867-0405


Tradition Pictures
6130 W Flamingo Road #870
Las Vegas, NV 89103


Trajan Scientific Americas Inc.
Leap Pal Parts & Consumables
4216 Atlantic Avenue
Raleigh, NC 27604-1737


Transmed Company LLC
1595 Peachtree Pkwy.
Ste 204-350
Cumming, GA 30041


Travelers Insurance
PO Box 660317
Dallas, TX 75266-0317


TRI Consulting
121 Village Circle West
Paramus, NJ 07652


ULine
PO Box 88741
Chicago, IL 60680-1741


United Enviro Systems Inc.
PO Box 524
Chester, NJ 07930


United States Attorney
Peter Rodino Federal Building
970 Broad Street, Suite 700
Newark, NJ 07102


UPS
PO Box 650116
Dallas, TX 75265-0116

US Standard Products Corp.
PO Box 5509
Englewood, NJ 07631


Utak
25020 Avenue Tibbitts
Valencia, CA 91355


Verizon
PO Box 4833
Trenton, NJ 08650-4833


Verizon Connect Telo Inc.
PO Box 844183
Los Angeles, CA 90084-4183


VHTech Solutions LLC
11 Pegasus Trail
Sparta, NJ 07871


WageWorks Inc.
PO Box 8363
Pasadena, CA 91109-8363


Waters Corporation
Dept. CH 14373
Palatine, IL 60055-4373


Webroot Inc.
PO Box 911713
Denver, CO 80291-1713


WithumSmith+Brown
PO Box 5340
Princeton, NJ 08543


Wix
500 Terry A Francois Blvd.
San Francisco, CA 94158


ZEF Scientific
12707 High Bluff Dr.
Suite 200
San Diego, CA 92130

ZenCharts
7777 Glades Rd.
Suite 100
Boca Raton, FL 33434

# United States Bankruptcy Court
## District of New Jersey

In re    **Ammon Analytical Laboratories, LLC**

Debtor(s)

Case No.

Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Ammon Analytical Laboratories, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June  7, 2022**

Date

**/s/ Erin J. Kennedy**

**Erin J. Kennedy**

Signature of Attorney or Litigant

Counsel for    **Ammon Analytical Laboratories, LLC**

**Forman Holt**
**365 Passaic Street, Suite 400**
**Rochelle Park, NJ 07662**
**(201) 845-1000**